### 6879.  PARK v. STATE BANK OF ROME.

BROYLES, J.   1.  Under the facts of this case, the court did not err in disallowing the unverified proffered amendment to the defendant's original plea.

2.  Assignments of error not referred to in the brief of counsel for the plaintiff in error are deemed abandoned.                    *Judgment affirmed.*

DECIDED MAY 24, 1916.

Complaint; from city court of Floyd county—Judge Reece. August 18, 1915. .

*Henry Walker,* for plaintiff.   *Denny & Wright,* for defendant.